**MEMO ENDORSED**

**ALLEN B. BRESLOW**
Attorney at Law

6165 Jericho Turnpike
Commack, New York 11725
Telephone (631) 543-1191 ♦ Fax (631) 543-8305
Cell phone (631) 697-0117
E-mail: abreslow@breslowlaborlaws.com
Website: www.breslowlaborlaws.com

August 6, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/07

RECEIVED
AUG 09 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10001

    Re:    Nephty Cruz et al. v. Independent Testing Laboratories
            Case Number: 07 CV 6394

Dear Judge Berman:

I am counsel for the Defendant in the above matter, which is scheduled for a pre-trial conference on August 28, 2007 at 9:30 a.m.

I write to advise the Court that the parties have agreed to a 30-day extension of time for the Defendant to move or otherwise plead with respect to the Complaint to and until September 7, 2007 to allow the parties time to attempt a resolution of this matter. A Stipulation Extending Time to Answer has been electronically filed, a copy of which is enclosed.

Request is respectfully made to adjourn the pre-trial conference until issue has been joined, should such conference then be necessary. This is obviously a first request for such an extension. The attorneys for the Plaintiffs concur in this request. The requested adjournment does not at this time affect any other scheduled dates.

We thank the Court for its indulgence.

Respectfully submitted,

*Allen B. Breslow*
Allen Breslow

cc:    Kellie Terese Walker, Esq.

---

*[Handwritten endorsement:]* THE CONFERENCE IS ADJOURNED UNTIL 9/12/07 AT 9:00 A.M.

SO ORDERED:
Date: 8/9/07    *Richard M. Berman*
Richard M. Berman, U.S.D.J.

---

EMPLOYMENT AND LABOR RELATIONS LAW FOR MANAGEMENT