USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEPHTY CRUZ and MICHAEL BALLETTO, as
TRUSTEES OF THE DISTRICT 6 INTERNATIONAL
UNION OF INDUSTRIAL, SERVICE, TRANSPORT,
AND HEALTH EMPLOYEES HEALTH PLAN and THE
DISTRICT 6 INTERNATIONAL UNION OF
INDUSTRIAL, SERVICE, TRANSPORT AND HEALTH
EMPLOYEES PENSION PLAN,

CASE NUMBER:
07 CV 6394

**Honorable Judge Berman**

Plaintiffs,

-against-

**STIPULATION EXTENDING
TIME TO ANSWER**

INDEPENDENT TESTING LABORATORIES, INC.,

Defendant.

The above parties, by their respective counsel, hereby agree to extend the time of the Defendant, Independent Testing Laboratories, Inc., to answer or otherwise move with respect to the Complaint for thirty (30) days from the present date to answer, i.e. August 8, 2007, until and including September 7, 2007 to allow the parties time to attempt a resolution of this matter.

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC

BY: _____
CHARLES R. VIRGINIA, Esq. (CV 8214)
111 Broadway, Suite 1403
New York, New York 10006
Phone: (212) 943-9080
*Attorneys for Plaintiffs*

LAW OFFICE OF ALLEN BRESLOW

BY: _____
ALLEN B. BRESLOW (CV 1884)
6165 Jericho Turnpike
Commack, New York 11725
Phone: (631) 543-1191
*Attorney for Defendant*

So Ordered

Richard M. Berman  8/9/07
USDJ