UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEPHTY CRUZ and MICHAEL BALLETTO, as
TRUSTEES OF THE DISTRICT 6 INTERNATIONAL
UNION OF INDUSTRIAL, SERVICE, TRANSPORT,
AND HEALTH EMPLOYEES HEALTH PLAN and THE
DISTRICT 6 INTERNATIONAL UNION OF
INDUSTRIAL, SERVICE, TRANSPORT AND HEALTH
EMPLOYEES PENSION PLAN,

**CASE NUMBER:
07 CV 6394 (RMB)**

Plaintiffs,

**RULE 7.1 STATEMENT**

-against-

INDEPENDENT TESTING LABORATORIES, INC.,

Defendant.

---

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Independent Testing Laboratories, Inc. ("ITL"), a privately held business, certifies that ITL has no parent corporation(s) and there are no publicly held corporations that own ten (10) percent or more of ITL stock.

Dated:   September 7, 2007
         Commack, New York 11725

Law Office of Allen B. Breslow
6165 Jericho Turnpike
Commack, New York 11725
Phone: (631) 543-1191
*Attorney for Defendant*

_____
Allen B. Breslow, Esq. (AB1884)