## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                           )     **ss:**
COUNTY OF SUFFOLK )

**JANEEN RUSSO,** being duly sworn, deposes and says:

1.     That I am over eighteen years of age and am not a party to this action.

2.     That on the 7th day of September 2007, I served a copy of Defendant's Answer by mailing a copy to Plaintiffs' attorneys as follows:

        Barnes, Iaccarino, Virginia,
        Ambinder & Shepherd, PLLC
        111 Broadway, Suite 1403
        New York, New York 10006

Dated:      Commack, New York
               September 7, 2007

_____
JANEEN RUSSO

Sworn to before me
this 7th day of September 2007

_____
NOTARY PUBLIC

ALLEN B. BRESLOW
NOTARY PUBLIC, State of New York
No. 01BR5442390
Qualified in Nassau County
Commission Expires
August 31, 20_10_