# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

ROY BARNES*
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

OF COUNSEL:
MARC A. TENENBAUM***◊
ALBERT RODRIGUES
GIACCHINO RUSSO

KARIN ARROSPIDE
DANIELLE M. CARNEY
DANA HENKE^
STEVEN KERN^^
SAMER E. KHALAF**+
LADONNA LUSHER
HEIDI MAHER
GILLIAN MCGOEY^^
JAMES E. MURPHY
KELLIE TERESE WALKER
JUDY S. WONG

Trinity Centre
111 Broadway
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

**MEMO ENDORSED**

Adjourned to 9/24/07 @ 9:30 AM

SO ORDERED:
Date: 9/11/07    Richard M. Berman
Richard M. Berman, U.S.D.J.

368 Saw Mill River Road
Elmsford, New York 10523
Tel: (914) 592-5740
Fax: (914) 592-3213

3 Surrey Lane
Hempstead, New York 11550
Tel: (516) 483-2990
Fax: (516) 483-0566

5 Mountain Avenue
North Plainfield, New Jersey 07060
Tel: (908) 757-2067
Fax: (908) 753-2238

* Also Admitted in PA
** Also Admitted in NJ
*** Also Admitted in OH
^ Also Admitted in DC
^^ Also Admitted in CT
+ Also Admitted in MD
◊ Also Admitted in NY
NOT

**VIA FACSIMILE**

Judge Richard Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Cruz, et al. v. Independent Testing, 07 Civ. 6394 (RMB)</u>

Dear Judge Berman:

This firm represents the plaintiff trustees in the above-referenced matter. Your Honor previously scheduled a conference on September 12, 2007 at 9:00 a.m. I write seeking an adjournment of tomorrow's conference.

Please be advised that due to a scheduling conflict, I am unable to attend tomorrow's conference and have asked my associate, Kellie Walker to cover this conference. However, Ms. Walker is unexpectedly out sick. She has strep throat and is unable to return to work tomorrow. We apologize for submitting this request on such short notice. Ms. Walker was uncertain until this afternoon as to whether she would be capable to return to work tomorrow.

Moreover, it is my understanding that the parties are in the midst of settlement discussions and would need additional time to reach a resolution.

Therefore, on mutual consent, the parties respectfully request that the Court adjourn the September 12, 2007 conference until a short period of time due to my unavailability and Ms. Walker's illness.



RECEIVED SEP 1 1 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07

September 11, 2007 -2-

Thank you for your attention.

Very truly yours,

Charles R. Virginia

cc: Allen Breslow, Esq.