**ALLEN B. BRESLOW**
*Attorney at Law*

6165 Jericho Turnpike
Commack, New York 11725
Telephone (631) 543-1191 ◻ Fax (631) 543-8305
Cell phone (631) 697-0117
E-mail: abreslow@breslowlaborlaws.com

September 12, 2007

**MEMO ENDORSED**

**BY FAX (212) 805-6717**
The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Nephty Cruz et al. v. Independent Testing Laboratories
            Case Number: 07 CV 6394(RMB)

Dear Honorable Judge Berman:

I am counsel for the Defendant in the above matter. Yesterday, at Plaintiff's request, Your Honor adjourned a previously scheduled pre-trial conference from September 12, 2007 to September 24, 2007 at 9:30 a.m. I write seeking an adjournment of that conference because I will be out of town on September 24. I have a wedding to attend in south Jersey on Sunday evening, and will not be back in New York until the afternoon of September 24.

I repeat what my adversary advised you the other day that the parties are in the midst of settlement negotiations and it is my hope that by the 24th of September this matter will be adjusted.

This request is made on mutual consent of both parties who respectfully request the court adjourn the September 24, 2007 conference.

Thank you for your consideration of this request.

Respectfully submitted,

*Allen Breslow*
Allen Breslow

cc:    Charles Virginia by fax

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07

Adjourned to 9/25/07 @ 9:30

SO ORDERED:
Date: 9/14/07   *Richard M. Berman*
Richard M. Berman, U.S.D.J.