# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

ROY BARNES*
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD

OF COUNSEL:

MARC A. TENENBAUM^***
ALBERT RODRIGUES
GIACCHINO RUSSO

KARIN ARROSPIDE
DANIELLE M. CARNEY
NICOLE E. COHEN
DANA L. HENKE
STEVEN KERN
SAMER E. KHALAF
LADONNA M. LUSHER
HEIDI MARTINEZ
GILLIAN MCGOUGH
JAMES E. MURPHY
KELLIE TERESE WALKER
JUDY S. WONG

TRINITY CENTRE
111 BROADWAY
SUITE 1403
NEW YORK, NEW YORK 10006
TEL (212) 943-9080
FAX (212) 943-9082

*(Please refer all correspondence to the New York address)*

258 Saw Mill River Road
258 Saw Mill River Road
Elmsford, New York 10523
Tel (914) 592-5740
Fax (914) 592-3213

3 Surrey Lane
Hempstead, N.Y. 11550
Tel (516) 483-2990
Fax (516) 483-0566

5 Mountain Avenue
North Plainfield, N.J. 07060
Tel (908) 757-2067
Fax (908) 753-2238

\*    Also Admitted in PA
\*\*   Also Admitted in NJ
\*\*\*  Also Admitted in OH
^    Also Admitted in CT

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-01-07

11/14/07 @ 9:30 A.M.

SO ORDERED:
Date: 10/1/07   Richard M. Berman
Richard M. Berman, U.S.D.J.

September 27, 2007

<u>Via First Class Mail</u>

Hon. Richard M. Berman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Nephty Cruz, et al. v. Independent Testing Laboratories, Inc.*
      Docket No. 07 Civ. 6394 (RMB)(DFE)

Dear Judge Berman:

We represent Plaintiffs in the above-referenced matter. An initial conference had been scheduled in this matter on September 25, 2007. I did not appear on that date, although Allen Breslow, counsel for Defendant was present. It is my understanding that, at the conference, Mr. Breslow reported to the Court that the parties anticipate settling this matter. Plaintiffs are in agreement with Mr. Breslow's statement to the Court. Defendant has agreed to an audit by Plaintiffs' auditors, although an audit has not yet been scheduled by Defendant. In light of the planned audit of Defendant, Plaintiffs respectfully request a 45-day adjournment of the initial Court conference, during which time the parties anticipate the completion of the audit and settlement negotiations to have been commenced, if not completed.

Respectfully submitted,

Kellie Terese Walker

KTW:aa

RECEIVED
OCT 01 2007
CHAMBERS OF
RICHARD M BERMAN
USDJ

cc:   <u>For Defendant</u>: Allen Breslow, Esq. (via facsimile)