**ALLEN B. BRESLOW**
Attorney at Law

6165 Jericho Turnpike
Commack, New York 11725
Telephone (631) 543-1191 ♦ Fax (631) 543-8305
Cell phone (631) 697-0117
E-mail: abreslow@breslowlaborlaws.com
Website: www.breslowlaborlaws.com



January 8, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/08

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re:   Nephty Cruz et al. v. Independent Testing Laboratories
           Case Number: 07 CV 6394(RMB)

Dear Honorable Judge Berman:

I am counsel for the Defendant in the above matter. I am in receipt of your Determination adjourning the pre-trial conference from January 9, 2008 in accordance with the parties' application. Unfortunately, on the day you have scheduled for the conference, February 20, 2008, I will be on a family vacation in Puerto Vallarta, Mexico. I go away with my family on President's week to take advantage of school vacations.

I request that the conference be adjourned until March 4 or March 6, 2008. Counsel for Plaintiff joins in this application.

Respectfully submitted,

Allen Breslow

cc:   Kellie Terese Walker

Conference adjourned to 3/4/08 at 10:30 A.M. with Principals.

SO ORDERED:
Date: 1/10/08
Richard M. Berman, U.S.D.J.