UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Cruz                Plaintiff(s),                **Case Management Plan**

- v -                                            07 CV. 6394 (RMB)

Independent testing
                    Defendant(s).
-----------------------------------------------------------X

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by  May 4, 2008

(ii)   Amend the pleadings by  May 4, 2008

(iii)  All discovery to be **expeditiously** completed by  June 4, 2008

(iv)   Consent to Proceed before Magistrate Judge  No

(v)    Status of settlement discussions  Ongoing - substantial progress made. Next mediation scheduled for April 22, 2008

Sections vi through xi will be set at conference with the Court.  Status conference with 6/16 @ 9:15  principals

(vi)   Motions

(vii)  Oral Argument

(viii) Joint Pre-Trial Order to be submitted by

(ix)   Final Pre-Trial Conference

(x)    Trial

(xi)   Other

SO ORDERED: New York, New York
           4/4/08



Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/4/08