UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEPHTY CRUZ and MICHAEL BALLETTO, as TRUSTEES OF THE DISTRICT 6 INTERNATIONAL UNION OF INDUSTRIAL, SERVICE, TRANSPORT AND HEALTH EMPLOYEES HEALTH PLAN and THE DISTRICT 6 INTERNATIONAL UNION OF INDUSTRIAL, SERVICE, TRANSPORT AND HEALTH EMPLOYEES PENSION PLAN,<br><br>Plaintiffs,<br><br>-against-<br><br>INDEPENDENT TESTING LABORATORIES INC.,<br><br>Defendant. | 07 Civ. 6394 (RMB)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, in accordance with a settlement agreement of the parties, it is hereby stipulated that this action is dismissed with prejudice.

Dated: New York, New York
       May 16, 2008

                                          /s/ *Marc A. Tenenbaum*
                                   Charles R. Virginia (CV 8214)
                                   Marc A. Tenenbaum (MT 3426)
                                   Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
                                   111 Broadway, Suite 1403
                                   New York, New York 10006
                                   (212) 943-9080
                                   *Attorneys for Plaintiffs*


                                          /s/ *Allen B. Breslow*
                                   Allen B. Breslow (AB 1884)
                                   Law Office of Allen B. Breslow
                                   6165 Jericho Turnpike
                                   Commack, New York 11725
                                   (631) 543-1191
                                   *Attorney for Defendant*