UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEPHTY CRUZ and MICHAEL BALLETTO, as TRUSTEES OF THE DISTRICT 6 INTERNATIONAL UNION OF INDUSTRIAL, SERVICE, TRANSPORT AND HEALTH EMPLOYEES HEALTH PLAN and THE DISTRICT 6 INTERNATIONAL UNION OF INDUSTRIAL, SERVICE, TRANSPORT AND HEALTH EMPLOYEES PENSION PLAN,

Plaintiffs,

-against-

INDEPENDENT TESTING LABORATORIES INC.,

Defendant.

07 Civ. 6394 (RMB)

STIPULATION OF DISMISSAL WITH PREJUDICE

**MEMO ENDORSED**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, in accordance with a settlement agreement of the parties, it is hereby stipulated that this action is dismissed with prejudice.

Dated: New York, New York
       May 16, 2008

Charles R. Virginia (CV 8214)
Marc A. Tenenbaum (MT 3426)
Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
111 Broadway, Suite 1403
New York, New York 10006
(212) 943-9080
*Attorneys for Plaintiffs*

Allen B. Breslow (AB 1884)
Law Office of Allen B. Breslow
6165 Jericho Turnpike
Commack, New York 11725
(631) 543-1191
*Attorney for Defendant*

SO ORDERED.

Richard M. Berman
RMB
U.S.D.J.
5/20/08